**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| INDELCO PLASTICS CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 14-cv-7843 |
| TERRY (BEAU) D. SIELKEN, JR. AND | ) |
| FOB INDUSTRIES, | ) Honorable Judge Thomas M. Durkin |
| | ) |
| Defendants. | ) |

## MOTION FOR ENTRY OF JUDGMENT

Plaintiff Indelco Plastics Corporation ("Plaintiff" or "Indelco"), by its undersigned attorneys, hereby moves for the issuance of an Order granting Judgment to the Plaintiff against Defendant Terry (Beau) D. Sielken ("Sielken") in the amount of $100,000, as a result of Sielken's failure to abide by the terms of the Settlement and General Release Agreement entered into by Indelco and Sielken on June 9, 2015. This Motion is based upon all of the pleadings, memoranda, affidavits, exhibits, files, records, and proceedings herein, including the accompanying Declaration of Trent Dore and Settlement and General Release Agreement ("Settlement Agreement") and upon all of the arguments of counsel to the Court. Because the Settlement Agreement contains a confidentiality clause and the Declaration of Trent Dore reveals the terms and conditions of the Settlement Agreement, Plaintiff is submitting the Declaration and Settlement Agreement for in camera review by the Court. If the Court determines that either or both the Declaration and Settlement Agreement must be publicly filed, Plaintiff will re-file this Motion with the Declaration and Settlement Agreement attached as exhibits.

Dated: October 27, 2015	Respectfully submitted,

JACKSON LEWIS P.C.


 /s/ Jeffrey L. Rudd
Jeffrey L. Rudd ##6273373
150 N. Michigan Ave. Suite 2500
Chicago, IL 60601
T: (312) 787-4949
Jeffrey.Rudd@Jacksonlewis.com

Kurt J. Erickson
Jennifer A. Nodes
225 S. Sixth St., Suite 3850
Minneapolis, MN 55402
T: (612) 341-8131
Ericksonk@jacksonlewis.com
Jennifer.Nodes@jacksonlewis.com

ATTORNEYS FOR PLAINTIFF

# CERTIFICATE OF SERVICE

To: Terry (Beau) D. Sielken
1497 Somerfield Dr.
Bolingbrook, Illinois 60490-3207

The undersigned attorney hereby certifies that on October 27, 2015, he caused the foregoing **Plaintiff Indelco Plastics Corporation's Motion For Entry Of Judgment**, to be electronically filed with the Clerk of the U.S. District Court for the Northern District of Illinois using the CM/ECF system, causing the same to be electronically served upon all counsel who are registered with the Court's ECF/CM system and same to be mailed, with proper postage prepaid, to the person listed above on October 27, 2015, at or before 5:00 p.m. by placing same in the United States mail chute at or near 150 N. Michigan Ave., Chicago, IL 60601.

      /s/ Jeffrey L. Rudd

Jeffrey L. Rudd ##6273373
Jackson Lewis P.C.
150 N. Michigan Ave., Suite 2500
Chicago, IL 60601
T: (312) 787-4949
Jeffrey.Rudd@Jacksonlewis.com

Kurt J. Erickson
Jennifer A. Nodes
Jackson Lewis P.C.
225 S. Sixth St., Suite 3850
Minneapolis, MN 55402
T: (612) 341-8131
Ericksonk@jacksonlewis.com
Jennifer.Nodes@jacksonlewis.com

ATTORNEYS FOR PLAINTIFF

4829-1766-4552, v. 1