**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| INDELCO PLASTICS CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 14-cv-07843 |
| ) | |
| TERRY (BEAU) D. SIELKEN, JR. AND ) | Honorable Judge Thomas M. Durkin |
| FOB INDUSTRIES, ) | |
| ) | |
| Defendants. ) | |

## AMENDED MOTION FOR ENTRY OF JUDGMENT

Plaintiff Indelco Plastics Corporation ("Plaintiff" or "Indelco"), by its undersigned attorneys, hereby moves for the issuance of an Order granting Judgment to the Plaintiff against Defendant Terry (Beau) D. Sielken ("Sielken") in the amount of $100,000, as a result of Sielken's failure to abide by the terms of the Settlement and General Release Agreement entered into by Indelco and Sielken on June 9, 2015. This Motion is based upon all of the pleadings, memoranda, affidavits, exhibits, files, records, and proceedings herein, including the accompanying Declaration of Trent Dore and Settlement and General Release Agreement ("Settlement Agreement") and upon all of the arguments of counsel to the Court. The Declaration of Trent Dore and Settlement Agreement are attached hereto as Exhibits A and B, respectively.

Dated: November 3, 2015          Respectfully submitted,

                                          JACKSON LEWIS P.C.

                                          /s/ Jeffrey L. Rudd
                                          Jeffrey L. Rudd ##6273373
                                          Jackson Lewis P.C.
                                          150 N. Michigan Ave., Suite 2500

Chicago, IL 60601
T: (312) 787-4949
Jeffrey.Rudd@Jacksonlewis.com

Kurt J. Erickson
Jennifer A. Nodes
Jackson Lewis P.C.
225 S. Sixth St., Suite 3850
Minneapolis, MN 55402
T: (612) 341-8131
Ericksonk@jacksonlewis.com
Jennifer.Nodes@jacksonlewis.com

ATTORNEYS FOR PLAINTIFF

# CERTIFICATE OF SERVICE

To:   Terry D. Sielken
      1497 Somerfield Dr.
      Bolingbrook, Illinois 60490-3207
      **(Via Certified Mail)**

The undersigned attorney hereby certifies that on November 3, 2015, he caused the foregoing **Plaintiff Indelco Plastics Corporation's Amended Motion For Entry Of Judgment**, to be electronically filed with the Clerk of the U.S. District Court for the Northern District of Illinois using the CM/ECF system, causing the same to be served via Certified Mail, with proper postage prepaid, to the person listed above on November 3, 2015, at or before 5:00 p.m. by placing same in the United States mail chute at or near 150 N. Michigan Ave., Chicago, IL 60601.


   /s/ Jeffrey L. Rudd


Jeffrey L. Rudd ##6273373
Jackson Lewis P.C.
150 N. Michigan Ave., Suite 2500
Chicago, IL 60601
T: (312) 787-4949
Jeffrey.Rudd@Jacksonlewis.com

Kurt J. Erickson
Jennifer A. Nodes
Jackson Lewis P.C.
225 S. Sixth St., Suite 3850
Minneapolis, MN 55402
T: (612) 341-8131
Ericksonk@jacksonlewis.com
Jennifer.Nodes@jacksonlewis.com

ATTORNEYS FOR PLAINTIFF
4829-1766-4552, v. 1

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Terry D. Sielken
   1497 Somerfield Dr.
   Bolingbrook, IL 60490-3207

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label):  7014 3490 0001 9556 2651

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE 

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

JACKSON LEWIS P.C.
150 North Michigan Avenue
Suite 2500
Chicago, IL 60601

JLR/dm 314296